# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3332
_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Ramon Garcia-Pena, also known as | * | District of Nebraska. |
| Loreto Sarabia Garcia, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: July 2, 2004
Filed: July 28, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Ramon Garcia-Pena (Garcia) pleaded guilty to conspiring to distribute and to possess with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1), and also pleaded guilty to forfeiture of certain property. The district court[1] granted the government's motion to depart downward from the Guidelines for Garcia's

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

substantial assistance, and sentenced Garcia to 238 months imprisonment and 5 years supervised release.

On appeal, Garcia's counsel has filed a brief and moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967). For reversal, counsel suggests that the court abused its discretion in imposing an excessive sentence. This argument fails. At sentencing, Garcia withdrew his objections to the probation officer's recommended sentencing enhancements, <u>see</u> <u>United States v. Tulk</u>, 171 F.3d 596, 600 (8th Cir. 1999), and the extent of the court's downward departure is not reviewable, <u>see</u> <u>United States v. Dutcher</u>, 8 F.3d 11, 12 (8th Cir. 1993). Upon careful review of the record, we conclude there are no nonfrivolous issues for appeal. <u>See</u> <u>Penson v. Ohio</u>, 488 U.S. 75 (1988).

Accordingly, we affirm. We also grant counsel's motion to withdraw.

_____